# No. 22-50775

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

LA UNIÓN DEL PUEBLO ENTERO; FRIENDSHIP-WEST BAPTIST CHURCH; ANTI-DEFAMATION LEAGUE AUSTIN, SOUTHWEST, AND TEXOMA; SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT; TEXAS IMPACT; MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS; TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION; JOLT ACTION; WILLIAM C. VELAZQUEZ INSTITUTE; FIEL HOUSTON, INC.; JAMES LEWIN,
  *Plaintiffs-Appellees,*

v.

JOHN SCOTT, IN HIS OFFICIAL CAPACITY AS TEXAS SECRETARY OF STATE, WARREN K. PAXTON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF TEXAS; STATE OF TEXAS,
  *Defendants-Appellants.*

_____

consolidated with
No. 22-50777
_____

MI FAMILIA VOTA; MARLA LÓPEZ; MARLON LÓPEZ; PAUL RUTLEDGE,
  *Plaintiffs-Appellees,*

v.

GREGORY W. ABBOTT, IN HIS OFFICIAL CAPACITY AS THE GOVERNOR OF TEXAS; JOHN SCOTT, IN HIS OFFICIAL CAPACITY AS TEXAS SECRETARY OF STATE; WARREN K. PAXTON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF TEXAS; STATE OF TEXAS,
  *Defendants-Appellants.*

_____

DELTA SIGMA THETA SORORITY, INCORPORATED; HOUSTON AREA URBAN LEAGUE, THE ARC OF TEXAS; JEFFREY LAMAR CLEMMONS,
  *Plaintiffs-Appellees,*

v.

GREGORY WAYNE ABBOTT, IN HIS OFFICIAL CAPACITY AS THE GOVERNOR OF TEXAS, WARREN KENNETH PAXTON, JR., IN HIS OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF TEXAS,

*Defendants-Appellants.*

───────

MI FAMILIA VOTA; MARLA LÓPEZ; MARLON LÓPEZ; PAUL RUTLEDGE,

*Plaintiffs-Appellees,*

*v.*

GREGORY W. ABBOTT, IN HIS OFFICIAL CAPACITY AS THE GOVERNOR OF TEXAS; JOHN SCOTT, IN HIS OFFICIAL CAPACITY AS TEXAS SECRETARY OF STATE; WARREN K. PAXTON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF TEXAS; STATE OF TEXAS,

*Defendants-Appellants.*

───────

consolidated with
No. 22-50778

───────

OCA-GREATER HOUSTON; LEAGUE OF WOMEN VOTERS OF TEXAS; REVUP-TEXAS; WORKERS DEFENSE ACTION FUND

*Plaintiffs-Appellees,*

*v.*

JOHN SCOTT, IN HIS OFFICIAL CAPACITY AS TEXAS SECRETARY OF STATE; WARREN K. PAXTON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF TEXAS,

*Defendants-Appellants.*

──────────────────────────────────────

**Consolidated Appeal from the United States District Court for the Western District of Texas, San Antonio Division**

## UNOPPOSED MOTION OF APPELLEES FOR EXTENSION OF TIME TO FILE RESPONSIVE BRIEF

In accordance with Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 31.4, Plaintiffs-Appellees[1] respectfully request a Level 1 extension of 30 days to respond to Defendants-Appellants' opening brief, from January 9, 2023, to February 8, 2023. This is Plaintiffs-Appellees' first request for an extension of time for responsive briefs, and it is unopposed.

On November 7, 2022, this Court granted Defendants-Appellants' motion to consolidate these appeals. (No. 22-50775, Doc. 00516536714). This Court subsequently granted Defendants-Appellants' request for an extension of time, and Defendants-Appellants filed their opening brief on December 9, 2022. (No. 22-50775, Doc. 00516573834).

---

[1] Plaintiffs-Appellees in these consolidated appeals are: La Unión del Pueblo Entero, Friendship-West Baptist Church, Anti-Defamation League Austin, Southwest, and Texoma, Southwest Voter Registration Education Project, Texas Impact, Mexican American Bar Association of Texas, Texas Hispanics Organized for Political Education, Jolt Action, William C. Velazquez Institute, FIEL Houston, Inc., James Lewin, Houston Area Urban League, Delta Sigma Theta Sorority, Inc., The Arc of Texas, Mi Familia Vota, Marla López, Marlon López, Paul Rutledge, Jeffrey Lamar Clemmons, OCA-Greater Houston, League of Women Voters of Texas, REVUP-Texas, and Workers Defense Action Fund.

...
...
...

Plaintiffs-Appellees' response briefs are now due on January 9, 2023. *See* Fed. R. App. P. 31(a)(1). Plaintiffs-Appellees' briefing scheduling overlaps substantially with the Christmas and New Year holidays, during which various Plaintiffs-Appellees' counsel will be out of the office on pre-planned travel out of town. In addition, counsel for Plaintiffs-Appellees have multiple engagements that have required or will require significant attention during this period, including a reply brief on the merits in *Rueda v. Yellen*, No. 22-1584, filed in the Fourth Circuit on December 13, 2022 and a response brief on the merits in *Arkansas United v. Thurston,* No. 22-2918, due to be filed in the Eighth Circuit on January 18, 2023.

For these reasons, Plaintiffs-Appellees respectfully request that the Court extend their deadline to respond by 30 days, from January 9, 2023, to February 8, 2023. Counsel for Plaintiffs-Appellees have conferred with counsel for Defendants-Appellants, and Defendants-Appellants are unopposed to this request, which is sought for good cause and not for purposes of delay.

For the foregoing reasons Plaintiffs-Appellees respectfully request that the Court grant them an extension of 30 days to file their Response

Briefs to State Defendants' Principal Brief, from January 9, 2023, to February 8, 2023.

Dated: December 19, 2022.  Respectfully submitted,

/s/ Nina Perales
Nina Perales
Tex. Bar No. 24005046
Julia R. Longoria
Tex. Bar No. 24070166
MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
Telephone: (210) 224-5476
Facsimile: (210) 224-5382
nperales@maldef.org
jlongoria@maldef.org

Michael C. Keats
Rebecca L. Martin
Jason S. Kanterman
Kevin Zhen
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
michael.keats@friedfrank.com
rebecca.martin@friedfrank.com
jason.kanterman@friedfrank.com
kevin.zhen@friedfrank.com

COUNSEL FOR LA UNIÓN DEL PUEBLO ENTERO, SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT, MEXICAN AMERICAN BAR ASSOCIATION OF TEXAS, TEXAS HISPANICS ORGANIZED FOR POLITICAL EDUCATION, JOLT ACTION, WILLIAM C. VELASQUEZ INSTITUTE, FIEL HOUSTON INC.

/s/ Sean Morales-Doyle
Sean Morales-Doyle
NY Bar No. 5646641
Patrick A. Berry
NY Bar No. 5723135
Jasleen K. Singh
Cal. Bar No. 316596
Eliza Sweren-Becker
NY Bar No. 5424403
Andrew B. Garber
NY Bar No. 5684147
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Telephone: (646) 292-8310
Facsimile: (212) 463-7308
sean.morales-doyle@nyu.edu
patrick.berry@nyu.edu
jasleen.singh@nyu.edu
eliza.sweren-becker@nyu.edu
andrew.garber@nyu.edu

Paul R. Genender
Tex. Bar No. 00790758

Elizabeth Y. Ryan
Tex. Bar No. 24067758
Matthew Berde
Tex. Bar No. 24094379
Megan Cloud
Tex. Bar No. 24116207
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas 75201
Telephone: (214) 746-8158
Facsimile: (214)746-7777
paul.genender@weil.com
liz.ryan@weil.com
matt.berde@weil.com
megan.cloud@weil.com

COUNSEL FOR
FRIENDSHIP-WEST BAPTIST
CHURCH, ANTI-DEFAMATION
LEAGUE AUSTIN, SOUTHWEST,
AND TEXOMA REGIONS, TEXAS
IMPACT, JAMES LEWIN

/s/ J. Michael Showalter
J. Michael Showalter
ARENTFOX SCHIFF LLP
IL Bar No. 6301455
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
j.michael.showalter@afslaw.com
Tel: (312) 258-5561

Eitan Berkowitz*
ARENTFOX SCHIFF LLP
CA Bar No. 341441
44 Montgomery St., 38th Floor
San Francisco, CA 94104

Tel: (415) 757-5500

Jennifer A. Holmes
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
DC Bar No. 1018798
700 14th Street N.W. Suite 600
Washington, DC 2005
jholmes@naacpldf.org
Tel: (202) 683-1300

Victor Genecin
NAACP LEGAL DEFENSE AND
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200
Facsimile: (212) 226-7592


Kenneth E. Broughton
REED SMITH LLP
TX State Bar No. 03087250
811 Main Street
Suite 1700
Houston, TX 77002
kbroughton@reedsmith.com
Tel: (713) 469-3819

Shira Wakschlag
ARC OF THE UNITED STATES, INC.
1825 K Street, N.W.
Suite 1200
Washington, DC 20006
Tel: 202-534-3708
shira@thearc.org

COUNSEL FOR PLAINTIFFS
HOUSTON AREA URBAN LEAGE;
DELTA SIGMA THETA SORORITY,
INC.; THE ARC OF TEXAS; AND
JEFFREY LAMAR CLEMMONS

*application for admission pending

/s/ Courtney Hostetler
Courtney Hostetler
Ron Fein
John Bonifaz
Ben Clements
FREE SPEECH FOR PEOPLE
1320 Centre Street, Suite 405
Newton, MA 02459
(617) 249-3015
chostetler@freespeechforpeople.org
rfein@freespeechforpeople.org
jbonifaz@freespeechforpeople.org
bclements@freespeechforpeople.org

Elijah Watkins*
STOEL RIVES LLP
101 S. Capital Boulevard, Suite 1900
Boise, ID 83702
Telephone: (208) 389-9000
elijah.watkins@stoel.com

Bradley Prowant*
John Katuska
STOEL RIVES LLP
33 S. Sixth Street, Suite 4200
Minneapolis, MN 55402
Telephone: (612) 373-8800
bradley.prowant@stoel.com
john.katuska@stoel.com

Whitney Brown*
STOEL RIVES LLP
510 L Street, Suite 315
Anchorage, AK 99501
Tel: (907) 277-1900
whitney.brown@stoel.com

COUNSEL FOR PLAINTIFFS MI FAMILIA VOTA, MARLA LÓPEZ, MARLON LÓPEZ, AND PAUL RUTLEDGE

/s/ Zachary Dolling
Zachary Dolling
Texas Bar No. 24105809
Hani Mirza
Texas Bar No. 24083512
TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, Texas 78741
512-474-5073 (phone)
512-474-0726 (fax)
zachary@texascivilrightsproject.org
hani@texascivilrightsproject.org

Lisa Snead
Texas Bar No. 24062204
Peter Thomas Hofer
Texas Bar No. 09777275
DISABILITY RIGHTS TEXAS
2222 W. Braker Lane
Austin, TX 78758
512-454-4816 (phone)
512-454-3999 (fax)
lsnead@drtx.org
phofer@drtx.org

Jerry Vattamala
ASIAN AMERICAN LEGAL
DEFENSE AND EDUCATIONAL
FUND
99 Hudson Street, 12th Floor
New York, NY 10013
212-966-5932 (phone)
jvattamala@aaldef.org

Adriel I. Depeda Derieux
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
212-284-7334
acepedaderieux@aclu.org

Jessica Ring Amunson
JENNER & BLOCK, L.L.P.
1099 New York Avenue, N.W., Ste 900
Washington, DC 20001-4412
202-639-6000
202-661-4993 (Facsimile)
jamunson@jenner.com

COUNSEL FOR PLAINTIFFS-
APPELLEES OCA-GREATER
HOUSTON, LEAGUE OF WOMEN
VOTERS OF TEXAS; REVUP-TEXAS,
AND WORKERS DEFENSE ACTION
FUND

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 13, 2022 I conferred with Mr. William Cole, counsel for Appellants, regarding the above motion. Mr. Cole stated that Appellants do not oppose this motion.

*s/ Nina Perales*
Nina Perales

## CERTIFICATE OF SERVICE

On December 19, 2022, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court.

*s/ Nina Perales*
Nina Perales
